No. D–252. IN RE DISBARMENT OF RAWLINS. It is ordered that Earl A. Rawlins, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–253. IN RE DISBARMENT OF CALDWELL. It is ordered that C. Lee Caldwell, of American Fork, Utah, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.